

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIAL

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/8/2016 11:02:17 AM
CHRISTOPHER A. PRINE
Clerk

June 28, 2016

JOSH SCHAFFER
ATTORNEY OF RECORD
1021 MAIN, SUITE 1440
HOUSTON, TX 77002

Defendant's Name: RICARDO ANTONIO BACA

Cause No: 1402326

Court: 182ND DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 5/27/2016
**Sentence Imposed Date:** 5/23/2016
**Court of Appeals Assignment:** Fourteenth Court of Appeals
**Appeal Attorney of Record:** JOSH SCHAFFER
**Motion for New Trial Filed:** 6/22/2016

Sincerely,

L. CHARLES
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

ROXANNE WILTSHIRE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651